PEOPLE *v* SHANNON. Appeal from Genesee, Anthony J. Mansour, J. Submitted Division 2 January 31, 1972, at Detroit. (Docket No. 10785.) Decided February 18, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, and *Joel B. Saxe* and *Gerald D. Snodgrass,* Assistant Prosecuting Attorneys, for the people.

*Carl H. Leiter,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

MEMORANDUM OPINION. Defendant pled guilty to the charge of breaking and entering,* was sentenced to a term of not less than four nor more than ten years, and now appeals.

An examination of the record and brief discloses no error.

Affirmed.

---

* MCLA 750.110; MSA 28.305.